# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| LINDA KAYE POPE,<br>      Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br>      Defendant. | **JUDGMENT**<br>**CASE NO. 5:13-CV-40-D** |

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED** that the Court adopts the Memorandum and Recommendations [D.E. 38]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 28] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 34] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 20, 2014,** WITH A COPY TO:

Derrick Arrowood (via CM/ECF electronic notification)
Mark Goldenberg (via CM/ECF electronic notification)

| | |
|---|---|
| February 20, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |